KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> TIMOTHY WAYNE PHILLIPS, <br><br>     Defendant. | Criminal No. CR 06-00179 M~~HP~~ PJH <br><br> **STIPULATION AND [P~~ROPOSED~~]** <br> **ORDER EXCLUDING TIME** |

     The above-captioned matter came before the Court on March 27, 2006 for status.  The defendant was represented by Randall Knox and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The case was set for April 24, 2006 for status and/or motions and trial setting at 10:00 a.m.

     The Court made a finding on the record that the time from and including March 27 through April 24, 2006, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 06-00179 MHP**

interest of the public and the defendant in a speedy trial.  That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until April 24, 2006 and that the exclusion of time until then be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:   4/7/06
/s/
RANDALL KNOX
Counsel for Timothy Wayne Phillips

DATED:   3/27/06
/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:  4/11/06

MARILYN HALL PATEL   PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-00179 MHP                                        2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME**

in the case of **UNITED STATES V. TIMOTHY WAYNE PHILLIPS, CR 06-00179 MHP** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Randall G. Knox**
**Attorney at Law**
**870 Market Street, Suite 1152**
**San Francisco, CA  94102**
**Fax No:  415-765-7501**

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 27, 2006

                                          /s/
                                     RAWATY YIM
                                     United States Attorney's Office

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 06-00179 MHP**             3