KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 06-00179 PJH |
| Plaintiff, | |
| | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER EXCLUDING TIME** |
| TIMOTHY WAYNE PHILLIPS, | |
| Defendant. | |

    The above-captioned matter came before the Court on May 10, 2006 for status.  The defendant was represented by Marc Zilversmit, specially appearing for Randy Sue Pollock, and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The case was set for May 17, 2006 for status and/or motions and trial setting at 1:30 p.m.

    The Court made a finding on the record that the time from and including May 10 through May 17, 2006, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-00179 PJH**

interest of the public and the defendant in a speedy trial.  That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until May 17, 2006 and that the exclusion of time until then be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:     5/10/06

/s/
RANDY SUE POLLOCK
Counsel for Timothy Wayne Phillips

DATED:     5/10/06

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:  5/12/06



PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-00179 PJH                                           2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME**

in the case of **UNITED STATES V. TIMOTHY WAYNE PHILLIPS, CR 06-00179 MHP** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Randy Sue Pollock, Esq.**
**2831 Telegraph Avenue**
**Oakland, CA  94609**
**Fax No:  510-272-0711**

\_\_\_\_    (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_X_    (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

\_\_\_\_    (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

\_\_\_\_    (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2006

/s/
RAWATY YIM
United States Attorney's Office

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 06-00179 PJH**                           3