KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7210
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06 0179 PJH |
| Plaintiff, | STIPULATION AND [P~~ROPOSED~~] ORDER FOR CONTINUANCE UNTIL JUNE 7, 2006, AND EXCLUDING TIME FROM MAY 17, 2006 TO JUNE 7, 2006 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| TIMOTHY WAYNE PHILLIPS, | |
| Defendant. | |

    The parties appeared before the Court on May 17, 2006. With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing these proceedings until June 7, 2006 at 1:30P.M. for a trial setting before the Honorable Phyllis J. Hamilton, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from May 17, 2006 to June 7, 2006. The parties agreed, and the Court found and held, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 17, 2006 to June 7, 2006 outweigh the best interest of the public

and the defendant in a speedy trial. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 17, 2006 to June 7, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: June 7, 2006                         /s
                                             ROBERT DAVID REES
                                             Assistant United States Attorney

DATED: June 7, 2006                         /s
                                             RANDY SUE POLLACK
                                             Attorney for Timothy Wayne Phillips

IT IS SO ORDERED.

DATED: 6/8/06

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; IT IS SO ORDERED, signed Judge Phyllis J. Hamilton]*

2