KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone:  (415) 436-7210
    Facsimile:  (415) 436-7234
    Email:  robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TIMOTHY WAYNE PHILLIPS,<br><br>    Defendant. | No.  CR 06 0179 PJH<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR CONTINUANCE UNTIL<br>JULY 26, 2006, AND EXCLUDING TIME<br>FROM JUNE 7, 2006 TO JULY 26, 2006<br>FROM SPEEDY TRIAL ACT<br>CALCULATION (18 U.S.C. §<br>3161(h)(8)(A)) |

    The parties appeared before the Court on June 7, 2006.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing these proceedings until July 26, 2006 at 1:30P.M. for a trial setting before the Honorable Phyllis J. Hamilton, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from June 7, 2006 to July 26, 2006.  The parties agreed, and the Court found and held, as follows:

    1.  The defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    2.  Given these circumstances, the Court found that the ends of justice served by

1  excluding the period from June 7, 2006 to July 26, 2006 outweigh the best interest of the public
2  and the defendant in a speedy trial.  § 3161(h)(8)(A).
3       3.  Accordingly, and with the consent of the defendant, the Court ordered that the period
4  from June 7, 2006 to July 26, 2006 be excluded from Speedy Trial Act calculations under 18
5  U.S.C. § 3161(h)(8)(A) & (B)(iv).

7       IT IS SO STIPULATED.

9  DATED: July 26, 2006                    _____/s_____
10                                          ROBERT DAVID REES
                                            Assistant United States Attorney

12 DATED: July 26, 2006                    _____/s_____
13                                          RANDY SUE POLLACK
                                            Attorney for Timothy Wayne Phillips

15      IT IS SO ORDERED.

17 DATED: 7/27/06 _____

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

2