| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| | Attorney at Law (CSB 64493) |
| 2 | 2831 Telegraph Avenue |
| | Oakland, CA 94609 |
| 3 | Telephone: (510) 763-9967 |
| 4 | Attorney for Defendant |
| | TIMOTHY WAYNE PHILLIPS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. 06-0179-PJH |
| Plaintiff, | ) | **EX PARTE APPLICATION FOR ORDER SHORTENING TIME IN WHICH TO HEAR MOTION FOR COMPETENCY EXAMINATION; DECLARATION OF COUNSEL; PROPOSED ORDER** |
| vs. | ) | |
| TIMOTHY WAYNE PHILLIPS, | ) | |
| Defendant. | ) | |

Defendant TIMOTHY WAYNE PHILLIPS, by and through his counsel of record Randy Sue Pollock hereby requests an order shortening time to file and hear a Motion For Competency Examination on Wednesday, August 16, 2006. This application is based on the accompanying declaration of counsel and the files and records in this case.

Date:  August 14, 2006                    (S) Randy Sue Pollock
                                          Randy Sue Pollock.

**DECLARATION OF COUNSEL**

I, Randy Sue Pollock, declare and state as follows:

1. I am court-appointed counsel for Timothy Wayne Phillips in CR. 06-0159-PJH;

2. Trial is presently set for September 11, 2006 and a pretrial conference and date for motions is on August 30, 2006. Pretrial filings are due by August 23rd;

3. On Monday, August 14th counsel learned that Mr. Phillips was being housed in the San Jose Jail. She attempted to see Mr. Phillips that day however he refused the visit and advised her in writing that he was mentally/physically unable to ponder decisions in the case.

4. Counsel has learned that Mr. Phillips was suicidal when he arrived at San Jose on August 10th;

5. Given that the trial date is quickly approaching and the fact that the pretrial filings are due within the next week, declarant thought it was best to hear this motion at the earliest possible time;

5. Declarant has discussed this application with AUSA Nat Cousins and he has no objection to having this matter heard on August 16th;

6. Mr. Cousins is not in the office next week and declarant is out of the office from August 23-August 28.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge executed this 14th day of August, 2006.

(S) Randy Sue Pollock
RANDY SUE POLLOCK

```
 1  RANDY SUE POLLOCK
    Attorney at Law (CSBN 64493)
 2  2831 Telegraph Avenue
    Oakland, CA 94609
 3  Telephone: (510) 763-9967l

 4  Attorney for Defendant
    TIMOTHY WAYNE PHILLIPS
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

| UNITED STATES OF AMERICA, | NO. CR. 06-0179-PJH |
|---|---|
| Plaintiff, | **P~~ROPOSE~~D ORDER RE. DEFENDANT S MOTION FOR COMPETENCY EXAMINATION** |
| vs. | |
| TIMOTHY WAYNE PHILLIPS, | |
| Defendant. | |
| _____ / | |

GOOD CAUSE SHOWN, based on counsel s declaration, IT IS HEREBY ORDERED that defendant s *ex parte* application for an order shortening time in which to hear a motion for competency is GRANTED/~~DENIED~~. The motion shall be heard on ~~August 17~~ 16, 2006. at 1:30 p.m.

DATE: August __15__, 2006

_____
U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton