UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

    v.

TIMOTHY WAYNE PHILLIPS,

    Defendant(s).
_____/

No. CR 06-0179 PJH

**ORDER FOR MENTAL EXAMINATION**

    Counsel for defendant having moved for an examination of defendant to determine his competency to understand the nature and consequences of the proceedings and/or to properly assist in his defense, and the court having found that the motion is made in good faith and based on grounds for believing the defendant may be incompetent, (*See United States v. Bradshaw*, 690 F.2d 704, 712 (9th Cir. 1982)), the court ORDERS pursuant to 18 United States Code § 4241(b) that a mental examination of defendant, who is in the pretrial custody of the united States Marshal, be conducted to determine defendant's competence to stand trial and to assist in his defense.  Pursuant to 18 United States Code § 4247(b), defendant is committed to the custody of the Attorney General for placement in a suitable facility for the examination, such custody not to exceed thirty (30) days.  The director of the facility may apply for an extension of time, not to exceed fifteen (15) days, upon a showing of good cause that the additional time is needed to observe and evaluate defendant.

    A report shall be prepared in accordance with 18 United States Code § 4247(c) and submitted to the court within seven (7) days of defendant's release from the facility.

    **IT IS SO ORDERED.**

Dated: August 16, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge