KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

NATHANAEL M. COUSINS (CASBN 177944)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone:  (415) 436-7129
    Facsimile:  (415) 436-7234
    Email: nathanael.cousins@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00179 PJH |
|     Plaintiff, ) | Court:  Hon. Phyllis J. Hamilton |
|     v. ) | Time:  October 18, 2006, 1:30 p.m. |
| TIMOTHY WAYNE PHILLIPS, ) | STIPULATION AND [proposed] |
|     Defendant. ) | ORDER RESETTING HEARING DATE AND BRIEFING SCHEDULE |

    The parties stipulate and respectfully request that the Court order as follows:

    1.    A hearing is presently scheduled in this case on October 18, 2006, at 1:30 p.m., to consider both (i) a competency evaluation of the defendant; and (ii) defendant's motion to suppress.  The current briefing schedule on the motion to suppress is that the government's opposition is due October 4; defendant's reply is due October 11.

    2.    The parties have received the attached letter to the Court from the Metropolitan Detention Center, stating that the competency evaluation of the defendant will be sent "on or before November 9, 2006." (Ex. A to this Stipulation)

CR 06-00179 PJH
STIPULATION

3. Accordingly, the parties jointly request that the Court reset the October 18 hearing to December 6, 2006, at 1:30 p.m., so that the parties will have an opportunity to assess and respond to the competency evaluation. The parties further request that the briefing schedule on the defendant's motion to suppress be modified as follows: government's opposition due November 15; defendant's reply due November 29.

DATED: October 3, 2006          Respectfully Submitted,

KEVIN V. RYAN
United States Attorney

/s/ Nathanael M. Cousins
NATHANAEL M. COUSINS
Special Assistant United States Attorney

/s/ Randy Sue Pollock
COUNSEL FOR DEFENDANT

RANDY SUE POLLOCK
2831 Telegraph Avenue
Oakland, CA 94609

## **ORDER**

For good cause shown, it is ORDERED that the October 18, 2006, hearing is reset to December 6, 2006, at 1:30 p.m., and the briefing schedule on the defendant's motion to suppress is modified as follows: government's opposition due November 15; defendant's reply due November 29.

Date: 10/4/06

Hon. Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

CR 06-00179 PJH
STIPULATION

2

**CERTIFICATE OF SERVICE**

     I certify under penalty of perjury that I filed this document electronically on October 4, 2006, through the Electronic Case Filing portal of the U.S. District Court, Northern District of California. Under N.D. Cal. Local Rule General Order 45, all counsel appearing in this matter will receive an electronic copy of this filing.

Dated: October 3, 2006                                                  /s/ Nathanael M. Cousins

CR 06-00179 PJH
STIPULATION