1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:  (510) 272-0711
4
   Attorney for Defendant
5  TIMOTHY WAYNE PHILLIPS

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10
                                    )   No. CR 06-00179 PJH
11 UNITED STATES OF AMERICA,        )
                                    )   Court: Hon. Phyllis J. Hamilton
12         Plaintiff,                )
                                    )
13         v.                        )   STIPULATION AND [proposed]
                                    )   ORDER RESETTING HEARING
14 TIMOTHY WAYNE PHILLIPS,          )   DATE
                                    )
15         Defendant.                )
                                    )
16 _____

17     The parties stipulate and respectfully request that the Court order as follows:

18     1.   A hearing is presently scheduled in this case on February 7, 2007, at 1:30

19 p.m., to consider both (I) a competency evaluation of the defendant; and (ii) defendant's

20 motion to suppress.

21     2.   According to the United States Marshall, the defendant will not be arriving

22 back in this district until sometime on February 2, 2007 and will be housed at Santa Rita.

23 ///

24 ///

25 ///

26 ///

27 ///

28
   CR 06-00179 PJH
   STIPULATION

3.  Accordingly, the parties jointly request that the Court reset the February 7, 2007, hearing to February 21, 2007 so that defense counsel will have sufficient time to discuss the pending motions as well as the status of the case with her client in order to determine if a disposition of this matter is possible..

DATED:   February 2, 2007                    Respectfully Submitted,


/s/ Nathanael M. Cousins
NATHANAEL M. COUSINS
Special Assistant United States Attorney


/s/ Randy Sue Pollock
RANDY SUE POLLOCK
Counsel For Defendant


**ORDER**

For good cause shown, it is ORDERED that the February 7, 2007, hearing is reset to February 21, 2007 at 1:30 p.m.

Date: 2/5/07

Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

CR 06-00179 PJH
STIPULATION