1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Tel: (510)763-9967
   Fax: (510)272-0711
4

5  Attorney for Defendant
   **TIMOTHY WAYNE PHILLIPS**
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11                          ooo

12 | UNITED STATES OF AMERICA, | CASE NO. **CR 03-00081-PJH**
13 |         Plaintiff,        | CR 06-0179 PJH
14 | vs.                       | **STIPULATION TO CONTINUE COMPETENCY HEARING**
15
16 | TIMOTHY WAYNE PHILLIPS,
17 |         Defendant.        /

18

19     IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue
20 Pollock, counsel for defendant Timothy Wayne Phillips, and Robert Rees, Assistant
21 United States Attorney, that the competency hearing which had been set for March 14,
22 2007, at 1:30 p.m. be continued to April 4, 2007, at 1:30 p.m.  This continuance is
23 requested based on the fact that FDC has not yet sent defendant s medical records to
24 defense counsel and these records are critical to the competency hearing..
25 ///
26 ///
27 ///
28

1  Defense counsel is unavailable on March 21st due to a date to review evidence that was
2  previously set in a multi-defendant white collar case in the Eastern District. Additionally,
3  defense counsel is out-of-state from March 26-March 29th. This continuance should
4  allow defense counsel sufficient time to both obtain and review the records.

Date:   March 13, 2007                    /s/ RandySue Pollock
                                          Randy Sue Pollock
                                          Counsel for Defendant
                                          Timothy Wayne Phillips

Date:   March 13, 2007                    /s/ Robert Rees
                                          Robert Rees
                                          Assistant United States Attorney

SO ORDERED:

March __14__, 2007



Honorable Phyllis J. Hamilton
IT IS SO ORDERED
Judge Phyllis J. Hamilton

2