1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TIMOTHY WAYNE PHILLIPS,

        Defendant.

_____/

No. CR 06-0179 PJH

**ORDER RE: COMPETENCY**

        On August 16, 2006, this court ordered that defendant be committed to the custody of the Attorney General in order that a mental examination be conducted to determine the defendant's competence to stand trial and to assist in his defense.  18 U.S.C. §§ 4247(b); 4241(b).  On December 5, 2006, the Federal Bureau of Prisons ("BOP") sent the court a copy of its November 19, 2006 forensic evaluation report, in which the BOP determined that defendant was competent to stand trial.

        In the December 5, 2006 report, the BOP found

> Based on the information available, there is no objective evidence to indicate that Mr. Phillips suffers from signs or symptoms of a major mental disorder, such as affective disorder (e.g., Bipolar Disorder), psychotic disorder (e.g., Schizophrenia), or an organic disorder that would impair his present ability to understand the nature and consequences of the court proceedings against him, or his ability to properly assist counsel in his defense.

        Subsequently, on February 21, 2007, counsel for defendant moved for a further hearing on defendant's competency following his return from the BOP.  On April 4, 2007, the court held the hearing pursuant to § 4247(d).  The parties having submitted no additional evidence to the court, and for the reasons stated on the record, the court finds defendant is competent to stand trial.  Specifically, based on the above forensic evaluation and the court's observations of defendant, the court finds that defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent

that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  18 U.S.C. § 4241(d); *see also Dusky v. United States*, 362 U.S. 402 (1960).  The court therefore finds that defendant is ready to stand trial in accordance with § 4247(d).

**IT IS SO ORDERED.**

Dated: April 5, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California

2