**United States District Court**
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5
6
7    UNITED STATES OF AMERICA,
8              Plaintiff(s),                    No. CR 06-0179 PJH
9         v.                                    **ORDER**
10   TIMOTHY WAYNE PHILLIPS,
11             Defendant(s).
                                        /
12
13        Pending before the court is a request for funds for the purpose of hiring an
14   investigator, presented in open court on April 18, 2007, by defendant, Timothy Phillips, who
15   is proceeding in pro per.  The court has received the government's written response in
16   which it takes no position on the request.  The court has reviewed the Northern District's
17   guidelines for implementation of the Criminal Justice Act ("CJA") and determined that
18   although they speak to such requests being made by attorneys appointed by the court to
19   represent indigent defendants, there is no reason not to afford defendant, who previously
20   had appointed counsel, the same opportunity to apply for CJA funds.
21        Accordingly, defendant may apply for such funds in the same manner as appointed
22   counsel, by submitting a declaration providing the following:
23        1.    What the investigator is expected to do and why it is necessary.  Sufficient
24              detail must be provided so that a determination whether an investigator is
25              necessary can be made.
26        2.    Who is expected to be hired to provide the service.
27        3.    What rate of pay is being requested (the presumptive maximum hourly rate is
28              $55.00).

**United States District Court**
For the Northern District of California

1      4.     How many hours are anticipated to complete the tasks outline in #1 above.

2      5.     How defendant plans on supervising the investigator from his current place of

3             incarceration.

4      The declaration and any documents related to the request, should be clearly marked

5  "**EX PARTE PURSUANT TO CJA**".  Documents are **not** filed in the official court file, but

6  are maintained in a confidential file in the CJA Unit.  Documents are **not** to be served on

7  the United States Attorney.

8      Pursuant to General Order 50, the review of funding requests has been delegated to

9  the CJA Supervising Attorney, Jeanne DeKelver.  Thus, the declaration and any related

10  documents should be either 1) mailed to:

11         Jeanne DeKelver
       CJA Supervising Attorney

12         United States District Court
       450 Golden Gate Avenue

13         San Francisco, CA 94102

14  or, 2) presented to the courtroom deputy in open court for her transmittal to the CJA Unit,

15  on Wednesday April 25, 2007.

16      **IT IS SO ORDERED.**

17  Dated: April 23, 2007

18                              PHYLLIS J. HAMILTON
                            United States District Judge

19

20

21

22

23

24

25

26

27

28