UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TIMOTHY WAYNE PHILLIPS,

    Defendant.
_____/

No. CR 06-0179 PJH

**ORDER APPOINTING ADVISORY COUNSEL**

This case is set for trial commencing August 6, 2007. The government's motion for appointment of standby counsel came on for hearing before the court on May 9, 2007. For the reasons stated on the record, the court ORDERS that advisory counsel be appointed as soon as possible pursuant to 5 U.S.C. § 3109.

Advisory counsel is appointed for the limited purpose of: (1) serving as replacement counsel should termination of defendant's right to self-representation become necessary; and/or (2) serving as substitute counsel should defendant subsequently decide that he wishes to terminate self-representation and be represented by counsel. However, given defendant's objections, unless advisory counsel subsequently becomes replacement and/or substitute counsel for defendant, counsel is *not* appointed for the purpose of providing defendant with advice.

**IT IS SO ORDERED.**

Dated: May  15 , 2007

_____
PHYLLIS J. HAMILTON
United States District Judge