```
LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Telephone: 415-865-2539
Fax: 415-865-2538

Attorney for Defendant
TIMOTHY PHILLIPS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY PHILLIPS,<br><br>　　　　　Defendant.<br>_____/ | Case No. CR 06-0179 PJH<br><br>STIPULATION AND (P~~ROPOSED~~)<br>ORDER CONTINUING SENTENCING |

Defendant TIMOTHY PHILLIPS, by and through his counsel Lidia S. Stiglich and Assistant United States Attorney Robert Rees, hereby stipulate and agree to continue the sentencing date in the above entitled matter from October 3, 2007, to December 12, 2007, or a date that is convenient to the Court.

Good cause exist for the requested continuance in that both government counsel and the defense require additional time to prepare for sentencing. United States Probation Officer Insa Bel' Ochi has been notified of, joins in this request and has no objection.

SO STIPULATED:

DATED:　　9/12/07

/S/
_____
LIDIA STIGLICH
Attorney for Defendant

DATED:　　9/14/07

/S/
_____
ROBERT REES
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, Defendant TIMOTHY PHILLIPS' sentencing is hereby continued from October 3, 2007 at 1:30 p.m. to December 12, 2007 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED:  9/14/07



The Hon. Phyllis J. Hamilton
United States District Judge