RANDY SUE POLLOCK
Attorney at Law, CA State Bar No. 64493
286 Santa Clara Avenue
Oakland, CA 94610
rsp@rspollocklaw.com
(510)763-9967

Counsel for TIMOTHY PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY PHILLIPS,<br><br>Defendant. | NO. CR 06-00179-PJH<br>NO. 18-71213 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING ARRAIGNMENT ON THE AMENDED PETITION FOR ARREST WARRANT FOR VIOLATION OF SUPERVISED RELEASE FROM OCTOBER 10, 2018 TO OCTOBER 12, 2018, AND EXCLUDING THAT TIME FROM CALCULATIONS UNDER FED. R. CRIM. P. 5.1(d)** |

The defendant, Timothy Phillips, represented by Randy Sue Pollock Esq., and the government, represented by Joseph E. Springsteen, Assistant United States Attorney, appeared before the Court on October 4, 2018, for status conference. At that time, the Court set the matter for October 10, 2018, for arraignment and possible appointment of new counsel.

The parties stipulate to continue the hearing on arraignment and possible appointment of new counsel from October 10, 2018, to October 12, 2018, to accommodate defense counsel's conflict in *People v. Brett Niebergall*, Sonoma County Case No. SCR 683396-1, involving a

1

*US v Timothy Phillips,* Case NOS. CR 06-00179-PJH and 18-71213 MAG
STIPULATION AND [PROPOSED] ORDER TO CONTINUE AMENDED PETITION
FOR ARREST WARRANT FOR VIOLATION OF SUPERVISED RELEASE

violation of a California Penal Code 288 conviction. Counsel agree that it is appropriate to extend the time of the arraignment, taking into account the public interest in the prompt disposition of criminal cases pursuant to Rule 5.1(d). Consequently, with the defendant's consent, counsel for both parties request that the proceedings currently set for October 10, 2018, be extended between that date and October 12, 2018, pursuant to Rule 5.1(d), and ask that the Court vacate the hearings currently scheduled for October 10, 2018, and reschedule those proceedings for October 12, 2018, at 9:30 a.m.

SO STIPULATED AND AGREED:

ALEX G. TSE
United States Attorney

DATED: October 7, 2018

/s/
JOSEPH E. SPRINGSTEEN
Assistant United States Attorney

DATED: October 7, 2018

/s/
RANDY SUE POLLOCK
Counsel for Timothy Phillips

2

*US v Timothy Phillips,* Case NOS. CR 06-00179-PJH and 18-71213 MAG
STIPULATION AND [PROPOSED] ORDER TO CONTINUE AMENDED PETITION
FOR ARREST WARRANT FOR VIOLATION OF SUPERVISED RELEASE

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Based upon the stipulation of counsel and for good cause shown, the Court that the ends of |
| 3 | justice served by extending time for hearings on amended petition for arrest warrant for violation |
| 4 | of supervised release and possible appointment of new counsel between October 10, 2018, and |
| 5 | October 12, 2018, pursuant to Fed. R. Crim. P. 5.1(d) outweigh the interests of the public and the |
| 6 | defendant in the prompt disposition of criminal cases. Therefore, IT IS HEREBY ORDERED that |
| 7 | the above matter be continued from October 10, 2018, to October 12, 2018 at 9:30 a.m., pursuant |
| 8 | to Rule 5.1(d). |

DATED: 10/9/18

*[signature: Kandis Westmore]*

HON. KANDIS A. WESTMORE
United States Magistrate Judge

3