UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY WAYNE PHILLIPS,<br><br>Defendant. | Case No. 18-cr-00474-PJH-1<br>Case No. 06-cr-00179-PJH-1<br><br>**ORDER SETTING HEARING ON APPLICATION TO WITHDRAW AS ATTORNEY**<br><br>Re: Dkt. No. 76 (18-474)<br>Re: Dkt. No. 189 (06-179) |

Before the court is a sealed ex parte application to withdraw as attorney of record in the above-captioned cases. The court hereby sets an in-person hearing on the motion, to be held on **Thursday, November 18, 2021** at **12:00 noon**. The hearing will be held under seal, and the court will speak separately with counsel and defendant, viewing this approach as the best way to provide an opportunity for defendant to be heard.

**IT IS SO ORDERED.**

Dated: November 8, 2021

                                          /s/ *Phyllis J. Hamilton*
                                 PHYLLIS J. HAMILTON
                                 United States District Judge